UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  SONIA E. PAZAR

Case No.: 18-27940-RG
Chapter: 7
Judge: Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

__David Wolff__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __November 6, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real property located at 36 N. Stoughton Street, Bergenfield, New Jersey
Value: $420,000.00

Liens on property:
Specialized Loan Servicing LLC
$482,000.00

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27940-RG
Sonia E Pazar                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2            Date Rcvd: Oct 11, 2018
                               Form ID: pdf905          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
```
db            +Sonia E Pazar,   36 N Stoughton St,   Bergenfield, NJ 07621-1528
517744744     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
517744745      Amex,   P O Box 7871,   Fort Lauderdal, FL 33329
517744747    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
517744746     +Bankamerica,   1825 E Buckeye Rd,   Phoenix, AZ 85034-4216
517744749     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517744754     +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
517744756     +Mandees,   401 Hackensack Ave,   Hackensack, NJ 07601-6411
517744759    ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
              (address filed with court: Nissan Infiniti Lt,   2901 Kinwest Pkwy,   Irving, TX 75063)
517744758      Niss Infi,   P.O. Box 660360,   Dallas, TX 75266-0360
517744761     +RAS Cintron,   130 Clinton Rd,   Fairfield, NJ 07004-2926
517744762     +SLS,   8742 Lucent Boulevard,   Suite 300,   Littleton, CO 80129-2386
517744763     +Sears/Cbna,   13200 Smith Rd,   Cleveland, OH 44130-7856
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 23:33:34     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 23:33:31    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:43:55
                Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517744748     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 23:44:44    Capital One,
                11013 W Broad St,   Glen Allen, VA 23060-6017
517744750     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 11 2018 23:33:16    Comenity Bank/Express,
                Po Box 182789,   Columbus, OH 43218-2789
517744751     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 11 2018 23:33:16    Comenitybank/Kay,
                3100 Easton Square Pl,   Columbus, OH 43219-6232
517744752     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 11 2018 23:33:16    Comenitybank/Victoria,
                Po Box 182789,   Columbus, OH 43218-2789
517744753     +E-mail/Text: mrdiscen@discover.com Oct 11 2018 23:32:48    Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
517744755     +E-mail/Text: BKRMailOPS@weltman.com Oct 11 2018 23:33:11    Kay,   375 Ghent Rd.,
                Akron, OH 44333-4600
517744760     +E-mail/Text: bnc@nordstrom.com Oct 11 2018 23:32:54    Nordstrom/Td Bank Usa,
                13531 E Caley Ave,   Englewood, CO 80111-6504
517744764     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:43:55    Syncb/Amazon,   Po Box 965015,
                Orlando, FL 32896-5015
517744765     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:41    Syncb/Care Credit,
                950 Forrer Blvd,   Kettering, OH 45420-1469
517744766     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:18    Syncb/Jcp,   Po Box 965007,
                Orlando, FL 32896-5007
517744767     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:41    Syncb/Jcp,   4125 Windward Plaza,
                Alpharetta, GA 30005-8738
517744768     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:43:55    Syncb/L & T,   Po Box 965015,
                Orlando, FL 32896-5015
517744769     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:41    Syncb/Mattress Firm In,
                950 Forrer Blvd,   Kettering, OH 45420-1469
517744770     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:18    Syncb/Tjx Cos,   Po Box 965015,
                Orlando, FL 32896-5015
517744771     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:40    Syncb/Tjx Cos Dc,   Po Box 965015,
                Orlando, FL 32896-5015
517744772     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:41    Syncb/Walmart,   Po Box 965024,
                Orlando, FL 32896-5024
517746927     +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:41    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517744757       Medical Payment Data
517744773       Syncg/Gap
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Oct 11, 2018
                               Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Jose R. Torres    on behalf of Debtor Sonia E Pazar jrt@torreslegal.com, notices@nextchapterbk.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. BankNational Association, asTrustee for
               Citigroup Mortgage Loan Trust, Inc. 2007-6, Mortgage Pass-Through Certificates, Series 2007-6
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```