**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sonia E Pazar | Social Security number or ITIN   xxx–xx–2846 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–27940–RG

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sonia E Pazar

12/7/18

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support
  obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

- ♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

- ♦ some debts which the debtors did not
  properly list;

- ♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

- ♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27940-RG
Sonia E Pazar                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Dec 07, 2018
                             Form ID: 318          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             +Sonia E Pazar,   36 N Stoughton St,   Bergenfield, NJ 07621-1528
517744756      +Mandees,   401 Hackensack Ave,   Hackensack, NJ 07601-6411
517744759      ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
                (address filed with court: Nissan Infiniti Lt,   2901 Kinwest Pkwy,   Irving, TX 75063)
517744758       Niss Infi,   P.O. Box 660360,   Dallas, TX 75266-0360
517744761      +RAS Cintron,   130 Clinton Rd,   Fairfield, NJ 07004-2926
517744762      +SLS,   8742 Lucent Boulevard,   Suite 300,   Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2018 00:48:01     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2018 00:47:58     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Dec 08 2018 05:13:00     Synchrony Bank, c/o PRA Recievables Management, LL,
                POB 41021,   Norfolk, VA 23541-1021
517744744      +EDI: AMEREXPR.COM Dec 08 2018 05:13:00     Amex,   Po Box 297871,
                Fort Lauderdale, FL 33329-7871
517744745       EDI: AMEREXPR.COM Dec 08 2018 05:13:00     Amex,   P O Box 7871,   Fort Lauderdal, FL 33329
517744747       EDI: BANKAMER.COM Dec 08 2018 05:13:00     Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
517744746      +EDI: BANKAMER.COM Dec 08 2018 05:13:00     Bankamerica,   1825 E Buckeye Rd,
                Phoenix, AZ 85034-4216
517744748      +EDI: CAPITALONE.COM Dec 08 2018 05:13:00     Capital One,   11013 W Broad St,
                Glen Allen, VA 23060-6017
517744749      +EDI: CHASE.COM Dec 08 2018 05:13:00     Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517744750      +EDI: WFNNB.COM Dec 08 2018 05:13:00     Comenity Bank/Express,   Po Box 182789,
                Columbus, OH 43218-2789
517744751      +EDI: WFNNB.COM Dec 08 2018 05:13:00     Comenitybank/Kay,   3100 Easton Square Pl,
                Columbus, OH 43219-6232
517744752      +EDI: WFNNB.COM Dec 08 2018 05:13:00     Comenitybank/Victoria,   Po Box 182789,
                Columbus, OH 43218-2789
517744753      +EDI: DISCOVER.COM Dec 08 2018 05:13:00     Discover Fin Svcs Llc,   Po Box 15316,
                Wilmington, DE 19850-5316
517744754      +EDI: IIC9.COM Dec 08 2018 05:14:00     I C System Inc,   Po Box 64378,
                Saint Paul, MN 55164-0378
517744755      +E-mail/Text: BKRMailOPS@weltman.com Dec 08 2018 00:47:29     Kay,   375 Ghent Rd.,
                Akron, OH 44333-4600
517744760      +E-mail/Text: bnc@nordstrom.com Dec 08 2018 00:47:07     Nordstrom/Td Bank Usa,
                13531 E Caley Ave,   Englewood, CO 80111-6504
517744763      +EDI: SEARS.COM Dec 08 2018 05:13:00     Sears/Cbna,   13200 Smith Rd,
                Cleveland, OH 44130-7856
517744764      +EDI: RMSC.COM Dec 08 2018 05:13:00     Syncb/Amazon,   Po Box 965015,   Orlando, FL 32896-5015
517744765      +EDI: RMSC.COM Dec 08 2018 05:13:00     Syncb/Care Credit,   950 Forrer Blvd,
                Kettering, OH 45420-1469
517744766      +EDI: RMSC.COM Dec 08 2018 05:13:00     Syncb/Jcp,   Po Box 965007,   Orlando, FL 32896-5007
517744767      +EDI: RMSC.COM Dec 08 2018 05:13:00     Syncb/Jcp,   4125 Windward Plaza,
                Alpharetta, GA 30005-8738
517744768      +EDI: RMSC.COM Dec 08 2018 05:13:00     Syncb/L & T,   Po Box 965015,   Orlando, FL 32896-5015
517744769      +EDI: RMSC.COM Dec 08 2018 05:13:00     Syncb/Mattress Firm In,   950 Forrer Blvd,
                Kettering, OH 45420-1469
517744770      +EDI: RMSC.COM Dec 08 2018 05:13:00     Syncb/Tjx Cos,   Po Box 965015,   Orlando, FL 32896-5015
517744771      +EDI: RMSC.COM Dec 08 2018 05:13:00     Syncb/Tjx Cos Dc,   Po Box 965015,
                Orlando, FL 32896-5015
517744772      +EDI: RMSC.COM Dec 08 2018 05:13:00     Syncb/Walmart,   Po Box 965024,   Orlando, FL 32896-5024
517746927      +EDI: RMSC.COM Dec 08 2018 05:13:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
                                                                               TOTAL: 27

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517744757       Medical Payment Data
517744773       Syncg/Gap
                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Dec 07, 2018
                              Form ID: 318             Total Noticed: 33
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
          David   Wolff    dwtrustee@verizon.net,  NJ50@ecfcbis.com
          Denise E. Carlon   on behalf of Creditor   U.S. BankNational Association, asTrustee for Citigroup
           Mortgage Loan Trust, Inc. 2007-6, Mortgage Pass-Through Certificates, Series 2007-6
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Jose R. Torres    on behalf of Debtor Sonia E Pazar jrt@torreslegal.com,  notices@nextchapterbk.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. BankNational Association, asTrustee for
           Citigroup Mortgage Loan Trust, Inc. 2007-6, Mortgage Pass-Through Certificates, Series 2007-6
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 5
```