Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−27940−RG
                Chapter: 7
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonia E Pazar
   36 N Stoughton St
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−2846

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 13, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 16 − 12
Order Granting Motion For Relief From Stay re: 36 North Stoughton Street, Bergenfield, NJ 07621 (Related Doc # 12). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/13/2018. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 13, 2018
JAN: car

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sonia E Pazar  
    Debtor

Case No. 18-27940-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 13, 2018  
                Form ID: orderntc      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.  
db         +Sonia E Pazar,   36 N Stoughton St,   Bergenfield, NJ 07621-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:47  
               Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021  
                                                                                                                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:  
            David    Wolff    dwtrustee@verizon.net,  NJ50@ecfcbis.com  
            Denise E. Carlon    on behalf of Creditor    U.S. BankNational Association, asTrustee for Citigroup Mortgage Loan Trust, Inc. 2007-6, Mortgage Pass-Through Certificates, Series 2007-6 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
            Jose R. Torres    on behalf of Debtor Sonia E Pazar  jrt@torreslegal.com,   notices@nextchapterbk.com  
            Rebecca Ann Solarz    on behalf of Creditor    U.S. BankNational Association, asTrustee for Citigroup Mortgage Loan Trust, Inc. 2007-6, Mortgage Pass-Through Certificates, Series 2007-6 rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                                    TOTAL: 5