UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on December 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SONIA E. PAZAR

| | |
|---|---|
| Case No.: | 18-27940 |
| Chapter: | 7 |
| Hearing Date: | 11/20/2018 |
| Judge: | RG |

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through __3__ is **ORDERED**.

**DATED:** December 13, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC as servicer for<br>U.S. Bank National Association, as Trustee for<br>Citigroup Mortgage Loan Trust, Inc. 2007-6, Mortgage<br>Pass-Through Certificates, Series 2007-6 | Case No:    <u>18-27940 RG</u><br><br>Hearing Date: November 20, 2018<br>at 10:00 A.M. |
| In Re:<br>    Pazar, Sonia E. | Judge:  Rosemary Gambardella |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.
    Upon the motion of <u>Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2007-6, Mortgage Pass-Through Certificates, Series 2007-6</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

    ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

**Land and premises commonly known as Lot 17, 18, 19 20, Block 18G, 36 North Stoughton Street, Bergenfield NJ 07621**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Sonia E Pazar  
       Debtor

Case No. 18-27940-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2018
                        Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
db           +Sonia E Pazar,   36 N Stoughton St,   Bergenfield, NJ 07621-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:
          David   Wolff    dwtrustee@verizon.net,   NJ50@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   U.S. BankNational Association, asTrustee for Citigroup
           Mortgage Loan Trust, Inc. 2007-6, Mortgage Pass-Through Certificates, Series 2007-6
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Jose R. Torres    on behalf of Debtor Sonia E Pazar jrt@torreslegal.com,   notices@nextchapterbk.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. BankNational Association, asTrustee for
           Citigroup Mortgage Loan Trust, Inc. 2007-6, Mortgage Pass-Through Certificates, Series 2007-6
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                           TOTAL: 5